**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-1884

_____

JAMES A. GARDNER,

Plaintiff - Appellant,

versus

CLARENCE H. CARTER, Commissioner, Virginia De-
partment of Social Services; CHERYL A. WILKER-
SON, Assistant Attorney General of Virginia;
UNITED STATES OF AMERICA,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith and Jerome B.
Friedman, District Judges. (CA-98-1489-2)

_____

Submitted: October 21, 1999          Decided: October 26, 1999

_____

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James A. Gardner, Appellant Pro Se. Alice Ann Berkebile, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Michael Anson
Rhine, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Gardner appeals the district court's order dismissing his claim for damages regarding adjustments in his food stamps benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gardner v. Carter, No. CA-98-1489-2 (E.D. Va. Apr. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED